COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Fastracked Executive, LLC Fastracked Executive Services, LLC and Rina Hartline v. Prevost Car (US), Inc, Volvo Bus Corporation Carl Boulet, Carl Stevens, Larry Eugene Smith, Joe Doe and Bubba Bruning |

Appellate case numbers: 01-20-00735-CV; 01-20-00803-CV

Trial court case numbers: 2017-33764-A; 2017-33764-B

Trial court: 55th District Court of Harris County

Appellants have filed an unopposed motion to consolidate appeal numbers 01-20-00735-CV and 01-20-00803-CV. We briefly summarize these two appeals as follows:

- *Appeal Number 01-20-00735-CV*. On October 23, 2020, Appellants' filed a notice of appeal regarding their claims against co-defendant Prevost Car (US), Inc. ("Prevost") after the claims against Prevost were severed from 2017-33764 into 2017-33764A. The clerk of this Court subsequently assigned the appeal case number 01-20-00735-CV. The appeal in 01-20-00735-CV challenges the rendition of summary judgment in favor of Prevost and the denial of discovery sought from Prevost.

- *Appeal Number 01-20-00803-CV*. On November 25, 2020, Appellants filed a notice of appeal regarding their claims against co-defendant Carl Stevens ("Stevens") after the claims against Stevens were severed from 2017-33764 into 2017-33764B. The clerk of this Court subsequently assigned the appeal case number 01-20-00803-CV. The appeal in 01-20-00803-CV challenges from the rendition of summary judgment in favor of Stevens and the denial of discovery sought from Stevens.

In their motion to consolidate, appellants assert that "[t]he two appeals involve many intertwining appellate issues which, in the interest of justice and judicial economy, should be considered together."

We GRANT the motion to consolidate in part and order as follows:

1. Each appeal will remain open.

2. Any document meant to be filed in both appeals must bear both appeal numbers.

3. Absent a request otherwise from the parties, any brief filed must apply to both appeals and is subject to the word limits in Texas Rule of Appellate Procedure 9.4(i)(2). For example, appellants shall file a single brief that bears both appeal numbers, addresses both orders on appeal, and does not exceed 15,000 words.

5. The appeals will be submitted to and considered by the same panel.

6. Appellants' brief in case no. 01-20-00735-CV is currently due on April 1, 2021. Given this consolidation order, the time for filing a consolidated brief for both appeals is extended to **April 21, 2021**.

It is so ORDERED.


Judge's signature: _____/s/ Gordon Goodman_____
                            Acting individually


Date: ___March 26, 2021___